

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2019

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.,**
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC, D/B/A ATHLOS ACADEMIES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by December 27, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2019.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court